

**National Traffic System**
The American Radio Relay League Inc
Newington, Connecticut 06131 USA

| Joseph A Ames Jr<br>Chairman<br>NTS Eastern Area Staff | Stephen R Phillips<br>Chairman<br>NTS Central Area Staff | Robert E Griffin<br>Chairman<br>NTS Pacific Area Staff |
|---|---|---|
| David J Streubel<br>Eastern Area Digital Coordinator | Gary D Jones<br>Central Area Digital Coordinator | Charles R Verdon<br>Pacific Area Digital Coordinator |

Joseph A Nollmeyer
Chairman
NTS Winlink Committee

James A Wades
Director
NCERT Working Group

July 10, 2015

Mr Eric L Edwards
Disaster Emergency Communications Division
Federal Emergency Management Agency
500 C Street SW
Washington, DC 20472

Sent PDF via email: Valerie.Smith3@fema.dhs.gov

Re:   *Telephone Conference of July 7, 2015*
       *National Traffic System - FEMA*

Dear Mr Edwards,

On behalf of the National Traffic System's leadership team and our two-thousand volunteer operators, thank you for reaching out to NTS to learn about our survivable, interoperable, radio messaging network and how it might contribute to our nation's disaster response preparations. We are pleased Tuesday's presentation to your team was well received and we are excited by your invitation to develop direct cooperation between FEMA and the NTS.

NTS is sponsored by the ARRL which enjoys a long-standing relationship with FEMA. We desire to build on the foundation established by the memorandum of agreement, signed one year ago next week, by ARRL president Dr Craigie and FEMA administrator Mr Fugate.

NTS uses HF radio spectrum for medium and long-haul communications across the continental US and Canada, even into Europe. We interface with local networks using VHF and UHF frequencies, providing local connectivity to government agencies and NGO relief operations. Moreover, we know you are aware NTS utilizes a variety of frequency-agile modes and methods, including digital systems, to provide emergency connectivity in times of communication blackout.

Specifically, FEMA expressed interest in using the universal Radiogram format, which contains the basic elements of the IC-213 memo form, while incorporating the essential network management and routing information you require. You also requested "last-mile" Radio-email connectivity for emergency backup and are interested in our NTS Communications Emergency Response Team concept (NCERT) to supplement existing NTS infrastructure and its high level of accountability and quality control, afforded by our standardized network procedures.

NTS will work with FEMA to develop standard guidelines to define the extent and nature of our support to FEMA, as well as state and local emergency management agencies. We are delighted by your suggestion of table top exercise, within the next few weeks, and will arrange it with your team.

Finally, we envision a formal memorandum of agreement or understanding between NTS and FEMA, outlining our cooperation and setting goals for the development of a beneficial relationship.

On behalf of the entire NTS, we look forward to continuing this discussion.

Sincerely,

The National Traffic System

CC:   Mr Chris Turner, Deputy Dir DECD
      Mr Ross Merlin, Director DHS SHARES
NTS/jaa

EXHIBIT A