Amateur Radio Newsline Report 2017, June 24, 2016

Amateur Radio Newsline Report Number 2017 with a release date of Friday, June 24, 2016 to follow in 5-4-3-2-1.

The following is a QST. New Mexico ARES teams respond to deadly wildfires. There's upheaval inside the ARRL's National Traffic System. Some

****

BILLBOARD CART HERE

****

HAMS FACE NEW MEXICO WILDFIRE CHALLENGES

JIM/ANCHOR: We begin this week's report with the deadly New Mexico wildfires which spurred evacuations and prompted activation of local Ama

BOBBY: The Dog Head fire that began its deadly sweep on Tuesday, June 14, through more than 16,000 acres northwest of Tajique, New Mexico,

The main emergency channels being used for Dog Head Fire responders have been the Capilla Peak 146.96 repeater and the Tapia Mesa 147.06 re

Meanwhile, the fire continued its deadly progression as blasting record heat pressed down upon states in the desert southwest region. Fire

For Amateur Radio Newsline, I'm Bobby Best, WX4ALA.

JIM/ANCHOR: At press time, at least one Field Day site, to be operated by the Albuquerque DX Association W5UR group, had to be relocated, a

(KOB-TV, ARRL, NBC NEWS, ACCUWEATHER)

**

HONORS AND UPHEAVAL IN THE NATIONAL TRAFFIC SYSTEM

JIM/ANCHOR: Major upheaval has shaken the ARRL's National Traffic System, just a day after a key ARRL committee praised the NTS for its val

According to the ARRL website, the executive committee determined that Ames acted on behalf of the NTS and ARRL without authority to do so,

Ames' removal was announced barely 24 hours after the league's Programs and Services Committee asked the ARRL board to recognize the NTS fo

(ARRL)

**

FRIENDS GO THE DISTANCE IN SEYCHELLES

JIM/ANCHOR: What's better than starting out as a DXpeditioner? Doing it with friends! Newsline's Paul Braun, WD9GCO, tells us about one gro

PAUL'S REPORT: They're just a group of friends who like two main things: adventure and ham radio. And from July 1st through the 10th, they'

MARTIN: I haven't been there before. I guess the reason why we are chosing the Seychelles is that -- as it says on the web we are a small g

PAUL: Wennergren spoke briefly about their radio setup.

MARTIN: We have two stations running and one backup station with us that we hope we are not going to use. But two TS-590s are going to be o

PAUL: He said that the best way to keep up with them and to see if you got in the log is to watch their website, A6DX.com

MARTIN: Yeah absolutely. We will try to have the current operating frequencies, we will try to communicate what we are looking for. We will

PAUL: So listen in and add a new island to your collection -- and keep an eye on this group of hams. They've got big plans for the future!

***

SCOUTS ARE OUT AND ABOUT

JIM/ANCHOR: Once again, the young hams operating as K2BSA are on the move. Newsline's Bill Stearns, NE4RD, brings us this Radio Scouting up

BILL: This week in Radio Scouting, we have 5 activations of the K2BSA callsign in MI, MO, NM, OH, and VA, as well as a father and his son a

Our portable zero station is still active at Camp Geiger in St. Joseph MO and will continue to be through July 22nd. Our portable five stat

Fred Stieg, KT6K, will be the control operator for the portable 6 station at the Salvation Army Team Emergency Radio Network's Field Day se

Edward Evans, WV8ED, will be the control operator for the portable 4 station at Camp Powhatan in Haiwasee, VA from June 27th through June 3

Richard Zarczynski, AC8FJ, will be the control operator for the portable 8 station at Camp D-Bar-A Scout Ranch in Metamora, MI from June 26

Jeremy Adler, KG6YFT, will be attending summer camp with his son, Jacob Adler KK6MYW, at Camp Chawanakee in Shaver Lake, CA from June 26th

Please help support this activity, and others involving youth in amateur radio, by working and spotting them on the air and online. For mo

For Amateur Radio Newsline and the K2BSA Amateur Radio Association, this is Bill Stearns NE4RD.

**

RACING FOR A BENEFIT NEAR BOSTON

JIM/ANCHOR: On Independence weekend, the New England Patriots won't have an MVP at Gillette Stadium....but a group of hams might. Here's Am

NEIL: Seats at a stadium's 50-yard line are often coveted spots because they offer the best view of the action. But there's another reason

Hams are needed to get in the running -- not to race but to bring their HTs and monitor runners' safety as the athletes tackle both the foo

Once the event is over, there'll be a fireworks display at 9 p.m., just right for celebrating our nation's freedom -- and perhaps one day t

EXHIBIT D

For Amateur Radio Newsline, I'm Neil Rapp, WB9VPG.

(FINISH AT THE FIFTY.COM, DAVID WOLFE KG1H)

**

BREAK HERE:

Time for you to identify your station. We are the Amateur Radio Newsline, heard on bulletin stations around the world, including the Triang

***

THE MOST WANTED DX MOVES FORWARD

JIM/ANCHOR: If you're still hoping to work that prized DX in North Korea, you may get your chance at last. Newsline's Jason Daniels, VK2LAW

JASON: The latest news reports are saying that the North Korean government has given approval for Dom, 3Z9DX, to return for his long-antici

Dom had surprised the amateur world last December with an unannounced activation from North Korea on the 20th and 21st of December, working

And now, apparently, that is about to change. More details as we learn them.

For Amateur Radio Newsline, I'm Jason Daniels, VK2LAW.

(SOUTHGATE)

JIM/ANCHOR: Please note too: Dom's activation will be permitted on one band only, and at short notice.

**

KOSOVO HAMS ARE UP TO THE CHALLENGE

JIM/ANCHOR: For a long time, hams in Kosovo had their eyes on membership in the International Amateur Radio Union. Now they've got their ey

JOHN'S REPORT: Admitted just this past December into the International Amateur Radio Union, the Amateur Radio Society of Kosovo is busy pre

Callsign Z60A represents a new HQ multiplier in the international event.

In going for the big score, the Kosovo operators will have plenty of help from a team of visiting hams, including Kim Ostman, OH6KZP, who w

For these championship newcomers, however, this exercise promises to be anything but academic.

For Amateur Radio Newsline, I'm John Williams, VK4JJW.

(IARU REGION 1)

**

THE WORLD OF DX

In other DX operations, be listening for Vladimir/RV1CC and Mike/UA1QV who are active as RV1CC/P and UA1QV/P, respectively from Kashin Isla

You have until June 29 to catch Dave/W9DR and Tom/W9AEB as FJ/W9DR and FJ/W9AEB operating from Saint Barthelemy Island. Be listening for Da

Martin, DL5RMH, is working holiday style through June 25th as LA/DL5RMH from Lofoten Island. Listen for him on various HF bands using CW an

(OHIO-PENN DX BULLETIN)

**

KICKER:  MEN'S SHEDS HAVE THEIR WATERSHED MOMENT

JIM/ANCHOR: And finally, this week's newscast closes with a story about men's sheds in the UK. They're not exactly garden sheds, but they a

JEREMY'S REPORT: Most everyone has heard of a ham shack. But how about a ham SHED?

While not unheard-of, it's not exactly commonplace either -- at least not yet. One ham in Scotland, David Searle, GM8WNY, is hoping to chan

He wants to see amateur radio and electronics get more of a foothold under the roof of sheds such as those in the UK. These nonprofit sheds

Typically these sheds are the domain of older men, but in some locales they are actually not limited by age or gender. Taking what he calls

David told Amateur Radio Newsline, in an email, he considers it QUOTE "a sort of skills transfer. It might even create new hams and more vo

The goal is, after all, to build not just a knowledge base but a community.

For Amateur Radio Newsline, I'm Jeremy Boot, G4NJH, in Nottingham, the UK.

(SOUTHGATE, UK MEN'S SHEDS ASSOCIATION, DAVID SEARLE, GM8WNY)

**

NEWSCAST CLOSE: With thanks to Accuweather; Alan Labs; the ARRL; CQ Magazine; David Wolfe, KG1H; David Searle, GM8WNY; Facebook; Finish at

And a final reminder: June 30th is a few days away. That's it: our deadline to nominate candidates for the Bill Pasternak Young Ham of the

For now, with Caryn Eve Murray, KD2GUT, at the news desk in New York, and our news team worldwide, I'm Jim Damron, N8TMW, in Charleston, We

Amateur Radio Newsline(tm) is Copyright 2016. All rights reserved.