**Joe Ames Jr**

| | |
|---|---|
| **From:** | K3PDR@yahoogroups.com on behalf of Mark Hinkel mrhinkel@verizon.net [K3PDR] [K3PDR@yahoogroups.com] |
| **Sent:** | Wednesday, June 22, 2016 7:59 AM |
| **To:** | K3PDR@yahoogroups.com |
| **Subject:** | [K3PDR] FW: [AA3E] FW: Eastern PA Section Manager Position Vacated by ARRL [2 Attachments] |

[Attachment(s) from Mark Hinkel included below]

FYI...

-----Forwarded Message-----
From: AA3E@yahoogroups.com
Sent: Wed, Jun 22, 2016 05:43 AM
CC: sec@w3luz.org;k3ith@arrl.net;
SUBJECT: [AA3E] FW: Eastern PA Section Manager Position Vacated by ARRL

MCAR Team:

FYI, please see below message from our Section Emergency Coordinator (SEC), ?W.T.?, WN3LIF, with respect to our ARRL EPA Section Manager Joe W3JY.

Thank you and 73,

Dick Stewart, K3ITH
Montgomery County RACES & ACS Officer
ARRL EPA Section- ARES District 1
District Emergency Coordinator (DEC)
Bucks, Chester, Delaware, Montgomery, and Philadelphia Counties



From: W.T. Jones SEC EPA [mailto:sec@w3luz.org]
Sent: Tuesday, June 21, 2016 10:25 PM
To: Dick Stewart K3ITH DEC EPA District 1; Mike Sabal KB3GJT EC Bucks County; Will Emmons K3WIL EC Chester County; Mike Thomas KB3SUS EC Delaware County; Don Boulanger WA1ELA EC Berks County; Bruce Bobo KB3FIH EC Lehigh County; Rod Wolfe AEC Lehigh County; Jerry Truax N3SEI EC Monroe County; WT Jones; Tom Olver EC Pike County ARES; Nick Shyshuk N3GTH; Andrew Shecktor N3OMA DEC EPA District 4; Meade Murtland KA3EQU EC Bradford County; Randall Kisbaugh N3JPV EC Columbia County; Ken Balliet WB3BNY EC Northumberland & Snyder; Mike Wilson NM3O EC Tioga County; Gary Goodreau N3QNG; George Foust N3RFS EC Union County; Phil Theis K3TUF DEC District 5; Don Schmitt K3DCS EC Adams County; Marty Gutekunst KB3BAA EC Perry County; Harry Bauder N3FMO EC Lancaster County; Bill Daub W3BFD EC Lebanon County; Sandy Goodman N3ECF EC EC York County; Terry Snyder WB3BK

1

N EC Dauphin County; George Wieland N3SQD EC Northampton County; Pat Taylor W3HVG EC Philadelphia County; Dave Corey W3EI EC Wayne County; Tom Nolan W3EX EC Montgomery County
**Cc:** Tom Abernethy; Bob Famiglio K3RF OES VD Atlantic Division
**Subject:** Eastern PA Section Manager Position Vacated by ARRL

W3JY is no longer the Eastern Pennsylvania Section Manager. The following is the bulletin from the ARRL regarding the issue.

ARRL Bulletin ARLX007

06/21/2016

The Executive Committee of the ARRL Board of Directors has relieved ARRL Eastern Pennsylvania Section Manager Joe Ames, W3JY, of his appointments in the ARRL Field Organization, including his position as Chairman of the ARRL National Traffic System? (NTS?) Eastern Area. The vote came as a result of a June 16 recommendation from the ARRL Programs and Services Committee, which oversees NTS. In addition, the Executive Committee voted to declare the Eastern Pennsylvania Section Manager position vacant, effective immediately.

The decision by the Executive Committee results from a determination that Ames unilaterally and repeatedly communicated with officials of the Federal Emergency Management Agency (FEMA) on behalf of NTS, making commitments on behalf of ARRL without authority and in violation of the rules and regulations of the ARRL Field Organization. Those actions were contrary to the terms of the Memorandum of Understanding between FEMA and ARRL, which states clearly that ARRL Headquarters staff will be the single point of contact between FEMA and ARRL. There is no independent relationship between NTS and FEMA; the ARRL/FEMA Memorandum of Understanding is the operative document.

In August 2015, then-
ARRL CEO David Sumner, K1ZZ, wrote to Ames and instructed him that, unless otherwise authorized by ARRL, any communication with FEMA with respect to NTS is to be conducted through ARRL authorized representatives. ARRL learned that Ames repeatedly acted contrary to Sumner?s directive, which led to the decision to cancel Ames?s Field Organization appointments and to declare the office of the Section Manager for Eastern Pennsylvania vacant.

In accordance with ARRL bylaws, and after consulting with ARRL Atlantic Division Director Tom Abernethy, W3TOM, the appointment of a new Eastern Pennsylvania Section Manager will be made by ARRL Field Services and Radiosport Manager Dave Patton, NN1N. The NTS Eastern Area Chair vacancy will be filled by appointment made by the ARRL Programs and Services Committee, the committee that oversees NTS.

NTS was formally created by ARRL in 1949. It continues the long-
standing tradition of formal message handling via Amateur Radio, an integral component of the Amateur Radio Service. NTS would not be possible without the thousands of volunteers who keep the distribution network running.

NNNN

At the present time the EPA ARES function is status quo ante. There is no change in the EPA ARES leadership, EPA ARES positions, or our responsibilities as far as EPA ARES is concerned.

The Atlantic Division Director, Tom Abernethy, W3TOM, will be looking for a suitable candidate to be appoint

ed as the EPA Section Manager and he will keep us appraised of any happenings. If you need anything ARRL oriented in the interim please contact me and I'll do my best to assist you.

Good luck to all of you on Field Day and I hope that the propagation deities give you great coast to coast signals. Just stay safe and finish up the Field Day activities safe and healthy. We want you back at home on Sunday night tired, with lots of good 2016 Field Day Memories, and with all your body parts intact and functioning normally.

--

73,

W.T. Jones
WN3LIF
Section Emergency Coordinator
ARRL Eastern Pennsylvania Section
Emergency Coordinator
Luzerne County, Pennsylvania
http://www.w3luz.org

Attachment(s) from Mark Hinkel | View attachments on the web
2 of 2 Photo(s)



b-card-1.jpg

preparathon.jpg

Posted by: Mark Hinkel <mrhinkel@verizon.net>

Reply via web post • Reply to sender • Reply to group • Start a New Topic • Messages in this topic (1)

Check out the automatic photo album with 1 photo(s) from this topic.



3



Have you tried the highest rated email app?
With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting for? Now you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with 1000GB of free cloud storage.

Philadelphia Digital Radio Association
**VISIT YOUR GROUP**

YAHOO! GROUPS
• Privacy • Unsubscribe • Terms of Use