## Joe Ames Jr

| | |
|---|---|
| **From:** | Sumner, Dave, K1ZZ [dsumner@arrl.org] |
| **Sent:** | Friday, February 12, 2016 7:31 AM |
| **To:** | Ames, Joe W3JY (EPA, SM) |
| **Cc:** | 'Turner, Chris'; Corey, Michael, KI1U; 'Edwards, EricL'; 'Breslin, Thomas'; 'Okada, Ted'; 'Champagne, Lee'; Abernethy, Tom, W3TOM; Famiglio, Bob K3RF (Vice Dir,ATL); Ewald, Steve, WV1X; Boehner, James, N2ZZ; Roderick, Rick (President); WB8SIW@arrl.net; Griffin, Robert (SM, Santa Barbara); k6jt@arrl.net |
| **Subject:** | Re: NTS participation in Cascadia Rising |
| **Categories:** | NTS FEMA |

Joe, thanks for keeping us in the loop.

73,
Dave K1ZZ/4 Orlando

*Sent from my Verizon Wireless 4G LTE DROID*


"Ames, Joe W3JY (EPA, SM)" <w3jy@arrl.org> wrote:

Mr Turner,

NTS is delighted to accept FEMA's invitation to participate in the upcoming exercise, *Cascadia Rising*. The relay and delivery of long haul message traffic is our literal raison d'être and we are eager to do our part. We expect our presence to be low-key and unobtrusive, as is our way.

My colleague Rob Griffin, chairman of the NTS Pacific area staff and fellow ARRL section manager, will supervise NTS participation in Washington and Oregon. Jim Wades will be our team leader for on-site planning, preparation and operations. Washington, D.C. falls within my Eastern area territory. Naturally, I'm happy to continue as your NTS liaison if you so desire. Pertaining to our national MOU, Mr Corey at ARRL HQ is the organizational point-of-contact for FEMA.

Given the short time, I expect we'll move quickly in defining and planning the specific details of our participation. Our regional managers and key operators will be briefed and asked to begin their planning as soon as can be arranged. Defining particular support requirements of FEMA and state agencies will be a high priority as we learn more.

On behalf of the NTS and the ARRL, we look forward to a successful exercise and thank you for inviting our participation.

Sincerely,

Joseph A Ames Jr MBA, MS
*Amateur Radio Station W3JY*

The American Radio Relay League, Inc.
Section Manager for Eastern Pennsylvania
Chairman, NTS Eastern Area Staff
w3jy@arrl.org · cell 610.715.3501
www.epa-arrl.org · Twitter @EpaARRL
------------------------------------------------------------


EXHIBIT G

1

## Joe Ames Jr

**From:** Corey, Michael, KI1U [KI1U@arrl.org]
**Sent:** Friday, February 26, 2016 11:51 AM
**To:** Ames, Joe, W3JY (SM, EPA)
**Subject:** RE: NTS participation in Cascadia Rising

**Categories:** NTS FEMA

Joe,

Thanks for the update. Moving ahead with this I ask that NTS coordinate with WWA section staff as I know they are heavily involved with this exercise.

..
Mike, KI1U

**From:** Ames, Joe W3JY (EPA, SM)
**Sent:** Thursday, February 11, 2016 6:10 PM
**To:** 'Turner, Chris' <Chris.Turner@fema.dhs.gov>; Corey, Michael, KI1U <KI1U@arrl.org>
**Cc:** 'Edwards, EricL' <EricL.Edwards@fema.dhs.gov>; 'Breslin, Thomas' <Thomas.Breslin@fema.dhs.gov>; 'Okada, Ted' <Ted.Okada@fema.dhs.gov>; 'Champagne, Lee' <Lee.Champagne@fema.dhs.gov>; Abernethy, Tom, W3TOM <w3tom@arrl.org>; Famiglio, Bob K3RF (Vice Dir,ATL) <bfamiglio@arrl.org>; Ewald, Steve, WV1X <wv1x@arrl.org>; Boehner, James, N2ZZ <n2zz@arrl.org>; Roderick, Rick (President) <K5UR@arrl.org>; Sumner, Dave, K1ZZ <dsumner@arrl.org>; WB8SIW@arrl.net; Griffin, Robert (SM, Santa Barbara) <k6yr@arrl.org>; k6jt@arrl.net
**Subject:** RE: NTS participation in Cascadia Rising

Mr Turner,

NTS is delighted to accept FEMA's invitation to participate in the upcoming exercise, *Cascadia Rising*. The relay and delivery of long haul message traffic is our literal raison d'être and we are eager to do our part. We expect our presence to be low-key and unobtrusive, as is our way.

My colleague Rob Griffin, chairman of the NTS Pacific area staff and fellow ARRL section manager, will supervise NTS participation in Washington and Oregon. Jim Wades will be our team leader for on-site planning, preparation and operations. Washington, D.C. falls within my Eastern area territory. Naturally, I'm happy to continue as your NTS liaison if you so desire. Pertaining to our national MOU, Mr Corey at ARRL HQ is the organizational point-of-contact for FEMA.

Given the short time, I expect we'll move quickly in defining and planning the specific details of our participation. Our regional managers and key operators will be briefed and asked to begin their planning as soon as can be arranged. Defining particular support requirements of FEMA and state agencies will be a high priority as we learn more.

On behalf of the NTS and the ARRL, we look forward to a successful exercise and thank you for inviting our participation.

Sincerely,

Joseph A Ames Jr MBA, MS
*Amateur Radio Station W3JY*

The American Radio Relay League, Inc.