**From:** Joe Ames <joe.ames@comcast.net>
**Sent:** Thursday, June 30, 2016 12:02 PM
**To:** Jordan Frank
**Subject:** FW: National Traffic System
**Attachments:** PEMA ACS 2013 - ARRL DECK REVISED 2014-01-19.pdf

---

**From:** Joe Ames W3JY SM/EPA-ARRL [mailto:w3jy@delcoares.org]
**Sent:** Thursday, May 28, 2015 11:58 AM
**To:** 'Turner, Chris'
**Cc:** w3jy@arrl.org
**Subject:** RE: National Traffic System

Mr Turner,

Thank you for your inquiry and I'm glad to answer your questions before the afternoon's commitments take me away from the office.

First of all, let me say that I'm delighted to talk with you on the telephone or in person to discuss these requirements in detail. If you would like to suggest something convenient we'll do our best to accommodate.

But in general, such a communication could be originated in any of several ways using our existing organization, whether our traditional voice or Morse radio nets or, more likely, our modern, Internet-independent "NTS Digital" network. NTSD is a full-time system of automated "mailbox operations" that can be accessed directly by high-frequency radio, with the same equipment used by SHARES and MARS. Many of our NTSD stations offer local VHF access which is very convenient if available in one's locality.

NTSD is a hybrid network, something like a "hierarchical mesh" network with built in redundancy and capability for binary attachments, although we don't advertise that feature out of consideration of our fellow operators and our finite spectrum. None the less, it's there when needed, an inherent capability.

Naturally, the end-point question could be answered by ensuring FEMA or state/local EMA personnel are also amateur radio operators with NTS credentials. Should the Presidential War Powers Act be invoked, the FCC's RACES regulations would kick in and permit direct amateur-to-federal communication.

As you can see, NTS retains and even improves on our Cold War era FCDA mission and retains that capability in readiness even now, when cell phones and cheap Internet keep us from being "cool" ;-) Our people dedicate significant chunks of their time and family budgets to maintain the System for the very case you describe. To us, it's a matter of national service.

Attached please find a presentation made to Pennsylvania EMA executives as part of their ACS program's steering committee. It will give you a good picture of the ARRL's section-level communication strategy, capabilities, and how it links to the NTS to form a cohesive whole.

EXHIBIT H

Please let me know a convenient time to discuss your questions in detail. Feel free to email or simply call me at the number below.

Sincerely,
Joe Ames

Joseph A Ames Jr MBA, MS
*Amateur Radio Station W3JY*
The American Radio Relay League, Inc.
Section Manager for Eastern Pennsylvania
Chairman, NTS Eastern Area Staff

w3jy@arrl.org · cell 610.715.3501
www.epa-arrl.org Twitter @EpaARRL

Malvern/Willistown Township, Chester Co, Penna. USA FN20fa
*Site of the Paoli Massacre & Battlefield, 20th September, 1777*

- NTSD 3RN MBO/RMS - Scanning HF Pactor 24/7; Packet Gateway/RMS 145.010
- Manager, PEMA Eastern Area RACES Net

*"Ask me about the EPA Emergency Phone & Traffic Net, 3917kc daily @ 1800hrs"*

---

**From:** Turner, Chris [mailto:Chris.Turner@fema.dhs.gov]
**Sent:** Thursday, May 28, 2015 9:36 AM
**To:** w3jy@delcoares.org
**Subject:** National Traffic System

Mr. Ames,

I am reaching out to you on behalf of FEMA concerning the possibility or potential of involvement by ARRL resources in supporting an exercise that will be conducted by FEMA in the future. And perhaps building upon that exercise a relationship that could be utilized to support future catastrophic events from a communications perspective. In particular, let me provide you with a hypothetical scenario: Situation – a cyber-attack takes down the nations primary PSTN. The FEMA Administrator needs to get a message to each of his ten Regional Administrators. What are the possibilities of a radio gram being originated in the National Capital Region and being sent through the NTS and area networks to the regional networks and to an end user that would deliver the message to the FEMA Regional Office for consumption. And of course we understand the first and last mile of this message traffic is the most problematic. Whom would I or a designated FEMA representative deliver a paper message to, that would start the "By RF Only" process and who ultimately would deliver that message? Obviously we understand that we are asking a lot and would understand if you opted not to participate. I would like to discuss further with you the possibilities for this endeavor at your convenience.

v/r

*Christopher L. Turner*
Christopher L. Turner
Deputy Director
Disaster Emergency Communications Division
Federal Emergency Management Agency
202-212-2319  Desk
301-370-1950  Cell

"To become a courageous leader, you must realize that accepting responsibility is not optional, it's mandatory." David Cottrell