TO:        NTS national leadership
FROM:      Joe Ames NTS EAS
SUBJECT:   Meeting with Dave Sumner at ARRL HQ
DATE:      September 18, 2015

I met with Dave Sumner today for an hour or a little more around five o'clock. He reiterated that he personally is supportive of NTS and believes we have legitimate gripes. He said he really doesn't like being in the middle of this mess.

He thinks everyone is more or less calmed down about FEMA and their exercise plans are not (and never really were) a problem but it was taken to be one because of a sense, by some board members, of a "violation of protocol". My reply was, "What protocol? I never heard anything from anyone about a protocol". I amplified that I've been a business operator more than 30 years and never once had to "check with mommy" before making a deal, even a big one, and besides no one made a deal with anyone in the first place. He acknowledged this point. This was good because it seems the board is finally making sense and not acting emotionally/irrationally.

I did tell Sumner I really am concerned hearing gossip and threats about me second, third and fourth hand. So-called directors should not to be meddling with NTS operations. In any case, they should just call me instead of secret plots and schemes.

Mileshosky will call me after Pope Francis is out of Philly. I told him "No demands. Half our guys will quit on the spot if there is one more demand." " He won't be making any" was the reply. Mileshosky's intention is to find some way forward and make this happen. My reply was that it was smart to float and trial balloon matters before talking to the whole team, so expectations could have time to come around, first. Sumner said that was exactly right.

Sumner reiterated we have boosters on P&SC.

Sumner explained "zero budgeting" from his perspective. Apparently the NTS travel budget fell into a "use it or lose it" pattern and the ARRL finance guy at the time believed the NTS chairmen were arranging meetings to spend the budget, but without any real value in meeting. So it was removed as a cost-cutting in the budget.

Supposedly, the new policy was "If NTS needs travel money for a meeting with a real business purpose, call us and we'll provide funding." I have no way to verify this of course. It seems reasonable on the face of it but is at the same time it doesn't jive with the stories from our guys. Take it for what it's worth: we supposedly have money available for meetings if we ask for it.

I explained why NTS was so upset with ECAC – including the other members' blatant disrespect of Chuck. He said he knows you Chuck but had no idea.

I explained our reply was detailed and painstaking and it was ignored and how, after the abusive treatment we received, it was actually pretty professionally detached and a good response. He agreed that, in that context, it makes sense and should have been answered, not ignored.

I explained the ARES manual fiasco was done under secrecy orders re NTS. He said he did not know this.


EXHIBIT 1

I explained killing Public Service Communications killed the only actual authority for NTS and relegated us to jetsom. He agreed it was, at least insulting. I agreed I could understand why, in their minds, they didn't want to deal with a loose cannon NTS but pointed out again that was their flawed and erroneous perception – not the ground truth. He conceded.

TAKE AWAY SUMMARY:
Sumner agreed with all this and said, under these circumstances, we certainly had legitimate grievances. Supposedly, Mileshosky recognizes that he screwed up; did not understand the context of the PSC-NTS relationship; and failed to manage his "effort to bring NTS back into ARRL" as he put it. But Sumner insists that Brian is actually trying his best to help NTS and never intended for things to happen as they did.

Re attacks on Bob Famiglio: I told him I did not appreciate the talk from certain directors saying Bob should be censured for advocating on NTS behalf, when in fact it was decent and honorable – and because NTS was being unfairly treated without a voice to reply or defend ourselves. Sumner agreed. In fact, he told me he personally told the directors involved to stop it. It was ridiculous. It was the one time, he told me, he took an open stand against a director. Apparently, other directors said the same thing.

BOTTOM LINE: as Sumner and I agreed earlier, we can agree to let bygones be bygones but NTS MUST BE RESPECTED AND MUST BE SHOWN REPSECT. He agreed.

Fingers crossed for a good call with Mileshosky in a few weeks.