# The American Radio Relay League, Inc.
## A-1 Operator Club

*This certifies that:*

**Joseph A. Ames, W3JY**

is a member of the ARRL A-1 Operator Club and is authorized to nominate other deserving qualified radio amateurs for membership.

Membership in the A-1 Operator Club represents adherence to several principles of good operating: careful keying, good voice operating practice, correct procedure, copying ability, judgement and courtesy.



_____
PRESIDENT N3KN

8/19/2015

EXHIBIT J