**ARRL** The national association for **AMATEUR RADIO**®

Advancing the art, science, and enjoyment of Amateur Radio

ADVOCACY
MEMBERSHIP
PUBLIC SERVICE
EDUCATION
TECHNOLOGY

June 20, 2016

Via Fedex
610.715.3501

Mr. Joseph A. Ames, Jr. W3JY
10 Andrews Road
Malvern, Pennsylvania 19355

> Re: Notice of Termination of Field Appointments and Declaration
> of Vacancy of Office of Section Manager of Eastern Pennsylvania

Greetings, Joe:

It is my obligation to notify you that, pursuant to Rule 11 of the Rules and Regulations of the ARRL Field Organization, effective as of the date of this letter, the Executive Committee of the ARRL has voted to cancel each and all of the ARRL Field Organization appointments held by you, including but not limited to your position as Eastern Area Chair of NTS™. Further, pursuant to Rule 7 of the Rules and Regulations of the ARRL Field Organization, and effective as of the date of this letter, the Executive Committee of ARRL has voted to declare the office of the Eastern Pennsylvania Section Manager vacant, relieving you of all duties related thereto.

There are numerous reasons that ARRL has found it necessary to take these actions. In summary, NTS is a program of the ARRL. However, you have treated it like a separate, self-perpetuating oligarchy, making decisions on policy issues; issuing press releases; doing government advocacy and creating an "us and them" attitude among NTS volunteers relative to the ARRL. None of these actions is acceptable. You were warned by David Sumner, K1ZZ, by letter dated August 10, 2015 that you had no authority at all to contact FEMA in any capacity related to NTS, or to negotiate or advocate with FEMA on behalf of NTS or ARRL, and yet you continued to take the same actions repeatedly and continuously thereafter. You were told that both the FEMA/ARRL MOU and ARRL policy dictate the process for communications between FEMA and ARRL. Furthermore, by making representations and commitments to FEMA staff on behalf of NTS, you were unequivocally making representations and commitments on behalf of ARRL which you had no authority to do whatsoever and which ARRL cannot sanction. Mr. Sumner informed you that only designated ARRL staff members are authorized to make contacts with FEMA on behalf of ARRL. You repeatedly disregarded this instruction and continued to actively cultivate a unique and distinct relationship with FEMA separate from that which was long-previously established by ARRL. In addition, you have unilaterally issued unauthorized press releases on behalf of NTS (and therefore ARRL), and your self-initiated communications with NTS volunteers have created the misleading, self-serving, and inaccurate impression that NTS is a separate entity from ARRL. This continued as recently as the Cascadia Rising exercise.

---

■ Rick Roderick, K5UR
President

■ Gregory P. Widin, KØGW
First Vice President

■ Brian Mileshosky, N5ZGT
Second Vice President

■ Jay Bellows, KØQB
Vice President International Affairs

■ Tom Gallagher, NY2RF
Chief Executive Officer
Secretary

■ Barry J. Shelley, N1VXY
Chief Financial Officer

■ Brennan Price, N4QX
Chief Technology Officer

■ Rick Niswander, K7GM
Treasurer

ARRL Headquarters, 225 Main Street, Newington, Connecticut, USA 06111-1494
Telephone: 860-594-0200 ■ FAX: 860-594-0259 ■ www.arrl.org
AMERICAN RADIO RELAY LEAGUE, INC.— International Secretariat of the International Amateur Radio Union


EXHIBIT K

Given your repeated and regular actions contrary to the best interests of NTS and ARRL, ARRL has no choice but to terminate your relationship with NTS immediately. You are not to use ARRL's registered marks "NTS" or "National Traffic System™" in any communications at any time in the future and you are not to make any representation that you hold any position in the ARRL Field Organization, including any position with NTS. You are further prohibited from using any ARRL domain names in any electronic communications other than W3JY@arrl.net, effective immediately, and you are not authorized to use ARRL lists and rosters for purposes of communicating with ARRL Field Organization volunteers for any purpose.

Because it is the obligation of the Section Manager, pursuant to Section 6(d) of the Rules and Regulations of the ARRL Field Organization to ensure that appointees in the Field Organization act in the best interests of Amateur Radio and in accordance with ARRL policies, and because your actions clearly indicate an inability or unwillingness to fulfill this basic duty, it is necessary to take the very unusual step of declaring your Section Manager office vacant. Your actions reveal a pattern of behavior that is inconsistent with Board policies and which is well outside the scope of your authority as either Section Manager or as an ARRL Field Organization appointee.

Please immediately turn over all records, rosters, data files, paper files, documents, and other information assembled by you during your tenure as SM and as NTS Eastern Area Chair to Mr. David Patton, or contact Mr. Patton at ARRL headquarters and he will make arrangements to pick them up.

Any further actions taken by you in contravention of the foregoing instructions will be dealt with firmly. Please govern yourself accordingly.

Yours sincerely,

THE AMERICAN RADIO RELAY LEAGUE,
INCORPORATED

By: _Tom Gallagher, NY2RF_ (signature)

Tom Gallagher, NY2RF
Secretary and Chief Executive Officer