IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. AMES, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 16-03660 |
| AMERICAN RADIO RELAY LEAGUE INCORPORATED, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of December, 2016, upon consideration of Defendants' Motion to Dismiss and the accompanying brief in support thereof, (Dkt No. 10), Plaintiff's Response thereto, (Dkt No. 12), and Defendants' Reply, (Dkt No. 13), it is hereby **ORDERED** that said Motion is **GRANTED**. For the reasons set forth in this Court's Memorandum, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.